# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50803
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 15, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE ANGEL-FELIX,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-209-1

---

Before DAVIS, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Jose Angel-Felix appeals his sentence for illegal reentry in violation of 8 U.S.C. § 1326(a) and (b)(2). In his sole issue on appeal, Angel-Felix argues that § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum based on facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt. He

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50803

has filed an unopposed motion for summary disposition and a letter brief explaining that he has raised this issue only to preserve it for further review and conceding correctly that his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Angel-Felix's motion is GRANTED, and the district court's judgment is AFFIRMED.